(Argued June 7, 1935; decided July 11, 1935.)

*Frederick C. Dowd* for appellant.

*Isaac R. Swezey, Robert T. Oliver* and *Theodore I. Colyer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.